## In the matter of George Tyson.

*Breach of promise to marry: Fraud: Imprisonment for debt.* A cause of action based simply upon a breach of promise to marry, without any charge involving fraud, is within the constitutional inhibition (*Art.* VI., § *33*) against imprisonment for debt.

*Heard and decided June 15.*

Application for *Habeas Corpus* and *Certiorari.*

Tyson was arrested on a *capias* in a civil action, issued upon an affidavit charging him simply with a breach of a promise to marry. An order to hold to bail was indorsed

on the *capias*.  He gave bail and was released, but was afterwards surrendered in exoneration of his bail, and at the time of making this application was in custody of the sheriff by virtue of such *capias*.  The respondent was heard on the merits upon the motion for the writ.

*W. G. Howard,* for petitioner.

*Arthur Brown,* for respondent, argued that this arrest was warranted by *People v. McAllister, 19 Mich., 215,* and *Matter of Sheahan, 25 Mich., 145.*

THE COURT held that this case is distinguishable from those cited; that a cause of action based simply upon a breach of promise to marry, in the absence of any charge involving fraud, is within the constitutional inhibition against imprisonment for debt.—*Art. VI.,* § *33.*

Prisoner discharged.